# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MOTLEY,
                Appellant,

vs.

NDOC; AND JAMES DZURENDA,
DIRECTOR,
                Respondents.

No. 79657

FILED

OCT 10 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Based on this court's review of the notice of appeal, it appears that appellant is attempting to appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. However, no decision had been made on the petition when appellant filed the appeal on September 12, 2019. Rather, the district court took the petition off the court's calendar. Because no appeal lies from the district court's decision to take a petition off calendar, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42053

cc: Hon. Michelle Leavitt, District Judge
Courtney Motley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk